IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:20-PO-087 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| JOSEPH WHITE, | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 2923.12(A)(2) |
| Defendant | : | |

---

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2923.12(A)(2))

On or about February 22, 2020, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **JOSEPH WHITE**, did knowingly carry and have, concealed on his person or concealed ready at hand, a handgun other than a dangerous ordnance.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2923.12(A)(2).

DAVID M. DEVILLERS
United States Attorney

*/s/ Julienne McCammon*

JULIENNE MCCAMMON
Special Assistant United States Attorney